

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     In re Commitment of Christopher Williams

Appellate case number:   01-16-00745-CV

Trial court case number: 974879Z

Trial court:             178th District Court of Harris County

Date motion filed:       December 15, 2017

Party filing motion:     Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Keyes and Caughey

Date: January 4, 2018